IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 12-40020-16-GPM |
| BRANDI L. DUNFEE, | ) | |
| Defendant. | ) | |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **BRANDI L. DUNFEE** pleaded guilty to Count 1 of the Superseding Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **11/12/2013 at 10:30 AM at the East St. Louis, Illinois Courthouse**.

**IT IS SO ORDERED.**

DATED: 8/30/2013

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge